UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:11-cr-269-T-23AEP

JERRY ALAN BOTTORFF
_____/

**ORDER**

Counsel moves (Doc. 126) for payment of "earned attorney's fees to date." The motion is **GRANTED**. Counsel may submit a completed CJA 30 for fees and expenses incurred from appointment to June 21, 2012, the date on which the United States filed notice that the Attorney General will not seek the death penalty. At the conclusion of the representation, counsel shall submit a supplemental CJA 30 (but at the non-death penalty hourly rate) for fees and expenses incurred from June 22, 2012, until the conclusion of the representation.

ORDERED in Tampa, Florida, on June 26, 2012.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE